**Labaton Sucharow**

ANDREI V. RADO

Direct Dial: (212) 907-0821
Direct Fax: (212) 883-7077
arado@labaton.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 28, 2008

VIA U.S. MAIL

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:   *Goldstein v. Centerline Holding Company et al.*, Case No. 1:08-cv-00505-SAS;
      *Lyons v. Centerline Holding Company et al.*, Case No. 1:08-cv-01458- SAS

Dear Judge Scheindlin:

My firm is counsel to plaintiffs in the above-captioned securities class actions, which are substantially similar to three other securities class actions pending in this District. Each of the actions is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*

I enclose for the Court's consideration a stipulation between the parties to these actions providing for consolidation of the actions and scheduling the filing of the operative complaint and the briefing schedule on the anticipated motion(s) to dismiss.

We also write to suggest that a conference with the Court would be more productive if it were held sometime after the lead plaintiff and lead counsel motions are filed with, or decided by, the Court. Pursuant to the PSLRA, such motions must be filed by March 18, 2008. *See* 15 U.S.C. § 78u-4(a)(3)(A) and (B). Accordingly, we respectfully request that the conference presently scheduled for March 5, 2008, be postponed. We have conferred with all parties that have appeared in the actions and all support this request.

Respectfully,

*/s/ Andrei V. Rado*
Andrei V. Rado

cc: All Counsel of Record (By E-mail)

[Handwritten note: March 5 conference adjourned sine die. So ordered. (SAS) USDJ 3/3/08]

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com