UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DECHTER, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br><br>                              Defendants, | 08-CV-1593 (SAS) |
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, and JEFF T. BLAU,<br><br>                              Defendants, | 08-CV-01026 (SAS) |
| MARK K. GOLDSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFFT T. BLAU, AND STEPHEN M. ROSS,<br><br>                              Defendants, | 08-CV-00505 (SAS) |

[Caption continuing on following page.]

**NOTICE OF APPEARANCE**

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STPEHEN M. ROSS<br><br>Defendants, | 08-CV-1458 (SAS) |
| LORI WEINRIB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY,<br><br>Defendants. | 08-CV-01158 (SAS) |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer and Robert L. Levy.

Dated: February 29, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019-6064
rrosen@paulweiss.com
Telephone: (212) 373-3305

*Attorneys for Defendants Marc D. Schnitzer and Robert L. Levy*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Robert C. Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-759-4600 (tel.)
rfinkel@wolfpopper.com

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706 (tel.)
rmaniskas@sbtklaw.com

Andrei V. Rado
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0853 (tel.)
ckeller@labaton.com

David A. Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
877-992-2555 (tel.)
drosenfeld@csgrr.com

Jennifer F. Beltrami
Wolf Block, LLP
250 Park Avenue
New York, NY 10177

212-883-4955 (tel.)
jbeltrami@wolfblock.com

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Tamara Kogan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 7, 2008, I served true copies of the foregoing NOTICE OF APPEARANCE OF DANIEL J. LEFFELL and NOTICE OF APPEARANCE OF RICHARD A. ROSEN on the following:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Jennifer F. Beltrami
Wolf Block LLP
250 Park Avenue
New York, NY 10177

3. I made such service by placing true copies of the aforementioned documents in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

_____
Tamara Kogan

Sworn to before me this
7th day of March, 2008

_____
Notary Public

KATHRYN H. BODKIN
Notary Public, State of New York
No. 02BO6160616
Qualified in New York County
Commission Expires February 12, 2011