**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Mario Alba Jr.
malba@csgrr.com

March 14, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/14/08

VIA FACSIMILE

The Honorable Shira A. Scheindlin
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Goldstein v. Centerline Holding Company, et al.*, No. 1:08-cv-00505 (SAS), and all related cases

Dear Judge Scheindlin:

My firm has recently been retained to represent certain institutional investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on January 18, 2008; accordingly, our client must file its motion no later than Tuesday, March 18, 2008.

Your Honor's Individual Rules and Procedures, however, require that "[a] party must write to Chambers, with a copy to opposing counsel, to request a pre-motion conference before bringing any motion." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on March 18, 2008.

Respectfully submitted,

Mario Alba, Jr.

CC: All counsel on attached service list

*[Handwritten annotation: No pre-motion conference is required to make motion for appointment as lead counsel. So Ordered. /s/ [Judge signature] USDJ 3/14/08]*

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

CENTERLINE
Service List – 3/14/2008     (08-0023)
Page 1 of 2

**Counsel for Defendant(s)**

Richard A. Rosen
Paul Weiss Rifkind Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10158
  212/373-3000
  212/373-2359 (Fax)

Sarah R. Wolff
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
  312/207-1000
  312/207-6400 (Fax)

Steven Cooper
Reed Smith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022
  212/521-5400
  212/521-5450 (Fax)

**Counsel for Plaintiff(s)**

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
  212/907-0700
  212/818-0477 (Fax)

Marian P. Rosner
Robert C. Finkel
James A. Harrod
Danielle Disporto
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
  212/759-4600
  212/486-2093 (Fax)

Sherrie R. Savett
Barbara A. Podell
Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
  215/875-3000
  215/875-4604 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, NY 11501
  516/741-4977
  516/741-0626 (Fax)

CENTERLINE
Service List – 3/14/2008  (08-0023)
Page 2 of 2

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway
 Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
 610/667-7706
 610/667-7056 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman &
 Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
 631/367-7100
 631/367-1173 (Fax)

Curtis V. Trinko
Law Offices of Curtis V.
 Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036
 212/490-9550
 212/986-0158 (Fax)

Jeffrey S. Abraham
Abraham, Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
 212/279-5050
 212/279-3655 (Fax)