# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK GOLDSTEIN, Individually And On Behalf of All Others Similarly Situated, | : : : | 08-CV-00505-SAS |
| Plaintiff, | : : | |
| vs. | : : | |
| CENTERLINE HOLDING COMPANY, ET AL. | : : | |
| Defendants. | : : | |
| —————————————————x | | |
| BRIAN QUILL, Individually and on behalf of all others similarly situated, | : : | 08-CV-01902-DAB |
| Plaintiff, | : : | |
| vs. | : : | |
| CENTERLINE HOLIDNG CO., INC., ET AL., | : : | |
| Defendants. | : | |
| —————————————————x | | |
| JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY, | : : | 08-CV-00912-SAS |
| Plaintiff, | : : | |
| vs. | : : | |
| MARC D. SCHNITZER, ET AL., | : : | |
| Defendants. | : : | |
| —————————————————x | | |

(Additional Captions Follow)

**MOTION OF ROSLYN GOLDENBERG, MITCHELL GOLDENBERG, JANE GOLDENBERG, MICHAEL GOLDENBERG AND LISA GOLDENBERG TO CONSOLIDATE ALL RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR SELECTION OF FARUQI & FARUQI, LLP AND <u>MARCUS & AUERBACH, LLC AS LEAD COUNSEL</u>**

```
————————————————————————x
PETER FRANK, Individually and on behalf of    :    08-cv-01026-SAS
all others similarly situated,
                                              :
                                              :
                        Plaintiff,            :
                                              :
        vs.                                   :
                                              :
CENTERLINE HOLIDNG CO., INC., ET AL.,         :
                                              :
                        Defendants.           :
                                              :
————————————————————————x
DEBORAH DECHTER, Individually and on          :    08-CV-01593-SAS
behalf of all others similarly situated,
                                              :
                                              :
                        Plaintiff,            :
                                              :
        vs.                                   :
                                              :
CENTERLINE HOLIDNG COMPANY, ET                :
AL.,                                          :
                                              :
                        Defendants.           :
                                              :
————————————————————————x
LORI WEINRIB, Individually and on behalf of   :    08-CV-01158-SAS
all others similarly situated,
                                              :
                                              :
                        Plaintiff,            :
                                              :
        vs.                                   :
                                              :
CENTERLINE HOLIDNG COMPANY, ET                :
AL.,                                          :
                                              :
                        Defendants.           :
                                              :
————————————————————————x
THOMAS LYONS, Individually and on behalf of:       08-CV-01458-SAS
all others similarly situated,
                                              :
                                              :
                        Plaintiff,            :
                                              :
        vs.                                   :
                                              :
CENTERLINE HOLIDNG COMPANY, ET                :
AL.,                                          :
                                              :
                        Defendants.           :
                                              :
————————————————————————x
```

```
————————————————————————x
LOUIS KANTER and JAMIE STARK,          :     08-cv-01827-SAS
derivatively on behalf of Nominal Defendant  :
Centerline Holding Company,            :
                                       :
                      Plaintiff,       :
                                       :
         vs.                           :
                                       :
STEPHEN M. ROSS, ET AL.,               :
                                       :
                      Defendants.      :
                                       :
————————————————————————x
BROY, derivatively on behalf of nominal  :   08-CV-01971-SAS
defendant CENTERLINE HOLDING          :
COMPANY,                               :
                                       :
                      Plaintiff,       :
                                       :
         vs.                           :
                                       :
JEFF T. BLAU, ET AL.,                  :
                                       :
                      Defendants.      :
                                       :
————————————————————————x
```

Roslyn Goldenberg, Mitchell Goldenberg, Jane Goldenberg, Michael Goldenberg and Lisa Goldenberg, joint and individual owners of Centerline Holding Company ("Centerline") common stock (the "Proposed Lead Plaintiffs" or "Movants") hereby move this Court, pursuant to Fed. R. Civ. P. 42(a) and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4, *et seq.*, for the following:

a.     to consolidate for all purposes the above-captioned related actions (collectively, "the Related Actions") filed on behalf of purchasers of Centerline Securities during the Class Period;

b.     to appoint Movants as Lead Plaintiffs in the Consolidated Actions; and

c.     to approve Movants' selection of Faruqi & Faruqi, LLP and Marcus & Auerbach, LLC as Co-Lead Counsel.

Movants support this Motion with the accompanying Memorandum of Law, the accompanying Declaration of Antonio Vozzolo, and the exhibits attached thereto, all of the prior pleadings and proceedings in the Related Actions, and such other written and/or oral argument, as may be presented to the Court.

Dated: March 18, 2008

Respectfully submitted,

FARUQI & FARUQI, LLP

 s/Antonio Vozzolo
Antonio Vozzolo
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 893-9331
Email: avozzolo@faruqilaw.com

and

Jacob A. Goldberg
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA  19006
Telephone: 215-914-2460
Facsimile: 215-914-2462
Email: jgoldberg@faruqilaw.com

MARCUS & AUERBACH, LLC
Jonathan Auerbach
Jerome M. Marcus
400 Greenwood Avenue, Suite 200
Wyncote, PA  19095-1825
Telephone: 215-885-2250
Facsimile: 888-875-0469
Email: auerbach@marcusauerbach.com

***Proposed Lead Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I, Aleksey Barinov, hereby certify that on this 18th day of March, 2008, I caused a true and correct copy of the foregoing Motion to be served upon the persons listed on the annexed Service List by first class mail.

 s/Aleksey Barinov
Aleksey Barinov

## SERVICE LIST

Christopher J. Keller, Esq.
Andrei V. Rado, Esq.
Alan I. Ellman, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Sherri R. Savvett, Esq.
Barbara A. Podell, Esq.
Eric Lechtzin, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Richard A. Rosen, Esq.
PAUL WEISS RIFKIND WHARTON &
   GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019
rrosen@paulweiss.com

Evan J. Smith, Esq.
BRODSKEY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Jeffrey S. Abraham, Esq.
ABRAHAM, FRUCHTER &
   TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10019
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Curtis V. Trinko, Esq.
LAW OFFICES OF CURTIS V.
   TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

Beth A. Kaswan, Esq.
SCOTT + SCOTT, LLP
29 West 57th Street
New York, New York 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
bkaswan@scott-scott.com

David R. Scott, Esq.
SCOTT + SCOTT, LLP
108 Norwich Avenue
P. O. Bo 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com

Walter W. Noss, Esq.
SCOTT + SCOTT, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, Ohio  44106
Telephone:  (216) 229-6088
Facsimile:  (216) 229-6092
wnoss@scott-scott.com

Arthur Shingler, III
SCOTT + SCOTT, LLP
600 B Street Suite 1500
San Diego, California  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508

Ralph M. Stone, Esq.
Thomas G. Ciarlone, Esq.
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
Telephone:  (212) 239-4340
Facsimile:  (212) 239-4310
rstone@lawssb.com
tciarlone@lawssb.com

Corey Holzer, Esq.
Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Ste. E-107
Atlanta, Georgia  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029
cholzer@holzerlaw.com
mfistel@holzerlaw.com
mdeeds@holzerlaw.com

Jennifer F. Beltrami
WOLF BLOCK, LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 883-4955
jbeltrami@wolfblock.com

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
James A. Harrod, Esq.
Danielle Disporto, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st Street
New York, New York 10017
Telephone:  (212) 696-3730
Facsimile:  (504) 455-1498

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 455-1400
Facsimile:  (504) 255-1498

Steven Cooper, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Fl.
New York, New York  10022
Telephone:  (21) 521-5400
scooper@reedsmith.com