**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS) |

**LOUISE LEVIN, DEBORAH DECHTER, ELIZABETH F. NEWMAN, AND WAI-LAM LI AND PEI-MEI LI'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

**WOLF POPPER LLP**
Marian P. Rosner (MR 0410)
James Harrod (JH 4400)
James Kelly-Kowlowitz (JK 9616)
845 Third Avenue
New York, NY 10022
(212) 759-4600

Attorneys for Movants and
Proposed Lead Counsel for the Class

Doc. 160168

PLEASE TAKE NOTICE that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movants Louise Levin, Deborah Dechter, Elizabeth F. Newman, and Wai-Lam Li and Pei-Mei Li (the "Movants") will move this Court, at the United States Courthouse, located at 500 Pearl St., Room 1620, Courtroom 15C, New York, New York 10007, for an order: (1) appointing Movants to serve as Lead Plaintiffs; and (2) approving Movants' selection of Wolf Popper LLP to serve as Lead Counsel in this action.

In support of their motion, Movants respectfully submit: (1) a Memorandum of Law, dated March 18, 2008; and (2) the Declaration of James Kelly-Kowlowitz, dated March 18, 2008.

Dated: March 18, 2008

Respectfully submitted,

**WOLF POPPER LLP**

By: /s/ James Kelly-Kowlowitz

Marian P. Rosner (MR 0410)
James Harrod (JH 4400)
James Kelly-Kowlowitz (JK 9616)
845 Third Avenue
New York, NY 10022
(212) 759-4600

Attorneys for Movants and
Proposed Lead Counsel for the Class

**PROOF OF SERVICE**

*In re Centerline Holding Company Securities Litigation*, Case No. 08 Civ. 00505 (SAS)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on March 18, 2008, I served the foregoing documents entitled: LOUISE LEVIN, DEBORAH DECHTER, ELIZABETH F. NEWMAN, AND WAI-LAM LI AND PEI-MEI LI'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL in this action, in particular on the following counsel for Defendants:

LAW OFFICES OF CURTIS V.
TRINKO, LLP
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY 10036
(212) 490-9550
Fax: (212) 986-0158

Alan Ian Ellman
Andrei V. Rado
Christopher J. Keller
LABATON SUCHAROW, LLP
140 Broadway
New York, NY 10005
(212)907-0700
Fax: (212)818-0477

*Attorneys for Thomas Lyons*

Arthur L. Shingler, III
Beth Ann Kaswan
David R. Scott
Walter W. Noss
SCOTT & SCOTT, LLP
600 B Street
Suite 1500
San Diego, CA 92101
(619) 233-4565
Fax: (619) 233-0508

*Attorneys for Plaintiff John Carfagno*

| | |
|---|---|
| Alan Ian Ellman<br>Andrei V. Rado<br>Christopher J. Keller<br>LABATON SUCHAROW, LLP<br>140 Broadway<br>New York, NY 10005<br>(212)907-0700<br>Fax: (212)818-0477 | David Avi Rosenfeld<br>COUGHLIN, STOIA, GELLER, RUDMAN<br>& ROBBINS, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>631-367-7100<br>Fax: 631-367-1173 |
| Sherrie R. Savett, Esq.<br>Barbara A. Podell, Esq.<br>Eric Lechtzin, Esq.<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 875-3000<br>Fax: (215) 875-4604 | Jeffrey Simon Abraham<br>ABRAHAM FRUCHTER & TWERSKY<br>LLP<br>One Penn Plaza<br>Suite 1910<br>New York, NY 10119<br>212-279-5050<br>Fax: 212-279-3655 |
| *Attorneys for Plaintiff Mark K. Goldstein* | *Attorneys for Lori Weinrib* |
| Evan J. Smith<br>BRODSKY & SMITH, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>516-741-4977 | Richard A. Rosen<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3305<br>Fax: 212-373-2359 |
| Richard A. Maniskas<br>D. Seamus Kaskela<br>SCHIFFRIN BARROWAY<br>TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>Fax: (610) 667-7056 | *Attorneys for Defendants* |
| *Attorneys for Peter Frank* | |

Kim Elaine Miller
Lewis Kahn
KAHN GAUTHIER SWICK, LLC
12 East 41st Street
12th Floor
New York, NY 10017
(212) 696-3730
Fax: (504) 455-1498

*Attorneys for Brian Quill*

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Southern District of New York.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct. Executed on March 18, 2008, at New York, New York.

_____
Anthony D. Green