UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |

**MOTION OF THE CENTERLINE INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that class members J. Michael Fried, Joseph A. Braddock, Norman Millman and Ed Friedlander, as Trustee for the Ed Friedlander Trust, (collectively, the "Centerline Investor Group") by their counsel, hereby move this Court for an Order: (i) appointing the Centerline Investor Group as Lead Plaintiff; (ii) approving the Centerline Investor Group's selection of Labaton Sucharow LLP and Berger & Montague, P.C. to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Centerline Investor Group submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: March 18, 2008                           Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Lawrence A. Sucharow (LS-1726)
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

**BERGER & MONTAGUE, P.C.**

Sherrie R. Savett
Barbara A. Podell
Eric Lechtzin
1622 Locust Street
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604

*Attorneys for the Centerline Investor Group and Proposed Lead Counsel for the Class*