UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |

**CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify, that on March 18, 2008, I electronically filed true and correct copies of the foregoing documents:

•	Motion of the Centerline Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

•	Memorandum of Law in Support of the Motion of the Centerline Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

•	Declaration of Alan I. Ellman in Support of the Motion of the Centerline Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

aellman@labaton.com; arado@labaton.com; ckeller@labaton.com;

jkelly@wolfpopper.com; rrosen@paulweiss.com; avozzolo@faruqilaw.com;

kimmiller25@yahoo.com; jbeltrami@wolfblock.com; esmith@brodsky-smith.com; drosenfeld@csgrr.com; jabraham@aftlaw.com; ctrinko@trinko.com;

jharrod@wolfpopper.com; mrosner@wolfpopper.com; rfinkel@wolfpopper.com

Dated: March 18, 2008                             Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Lawrence A. Sucharow (LS-1726)
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477
*Attorneys for the Centerline Investor Group*
*And Proposed Lead Counsel for the Class*