UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS) |
| BRIAN QUILL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTERLINE HOLDING CO. INC., MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, JEFF T. BLAU, and LEONARD W. COTTON<br><br>Defendants. | Case No. 08 Civ. 01902 (SAS) |

**TOM BURNS, JOSEPH FRYZER, MELVIN KREVOY, STEPHEN LANDAU, AND JONA GOLDRICH'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time designated by the Court, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Tom Burns, Joseph Fryzer, Melvin Krevoy, Stephen Landau, and Jona Goldrich (the "Burns Group" or "Movants"), will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 for entry of an Order (attached hereto as Exhibit A): (1) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Burns Group, or in the alternative, any of its members as Lead Plaintiff in the above-captioned actions; and (3) approving its choice of Dreier LLP and Kahn Gauthier Swick, LLC as Co-Lead Counsel for the Class.

This Motion is made on the grounds that the Burns Group timely filed this motion, suffered the most significant financial loss resulting from the alleged misconduct, and qualifies as the "most adequate plaintiff" under §21D of the Exchange Act. In sum, the Burns Group has the most substantial financial interest in the relief sought by the class, and meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of the claims of the class and it will fairly and adequately represent the interests of the class.

Further, the Burns Group has selected and retained the law firms of Dreier LLP and Kahn Gauthier Swick, LLC, national law firms with extensive experience in prosecuting securities fraud actions, to serve as lead counsel. Thus, the Burns Group seeks this Court's approval of its selection of Dreier LLP and Kahn Gauthier Swick, LLC as lead counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

DATED:     March 18, 2008              **DREIER LLP**

                                                           By: /s/ Bruce D. Bernstein
Bruce D. Bernstein
Rebecca Tingey
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Fax: (212) 710-5968

**KAHN GAUTHIER SWICK, LLC**
Lewis Kahn
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Kim E. Miller
12 East 41st Street, 12th Floor
New York, New York 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498
*Counsel for the Burns Group and Proposed
Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2008, I caused a true and correct copy of the foregoing to be electronically filed using the CM/ECF system, which will send notice of electronic filing to the following counsel of record via ECF electronic mail:

| | |
|---|---|
| Christopher J. Keller<br>Andrei V. Rado<br>Alan I. Ellman<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 | Richard A. Rosen<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3305<br>Facsimile: (212) 373-2359 |

I certify that I served the foregoing via U.S. Mail on the following:

| | |
|---|---|
| Evan J. Smith<br>BRODSKY & SMITH, LLC<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Telephone: (516) 741-4977<br>Facsimile: (516) 741-0626 | Richard A. Maniskas<br>D. Seamus Kaskela<br>David M. Promisloff<br>SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| Samuel H. Rudman<br>David A. Rosenfeld<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173 | Jeffrey S. Abraham<br>ABRAHAM, FRUCHTER & TWERSKY,<br>LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>Telephone: (212) 279-5050<br>Facsimile: (212) 279-3655 |

<div style="display:flex">
<div>

Marian P. Rosner  
Robert C. Finkel  
James A. Harrod  
Danielle Disporto  
WOLF POPPER LLP  
845 Third Avenue  
New York, NY 10022  
Telephone: (212) 759-4600  
Facsimile: (212) 486-2093  

Sherrie R. Savett  
Barbara A. Podell  
Eric Lechtzin  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
Facsimile: (215) 875-4604  

</div>
<div>

Curtis V. Trinko  
LAW OFFICES OF CURTIS V. TRINKO, LLP  
16 West 46th Street, 7th Floor  
New York, NY 10036  
Telephone: (212) 490-9550  
Facsimile: (212) 986-0158  


/s/ Rebecca Tingey  
Rebecca Tingey  
**DREIER LLP**  
499 Park Avenue  
New York, New York 10022  
Telephone: (212) 328-6100  
Fax: (212) 710-5968  

</div>
</div>

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS) |
| BRIAN QUILL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTERLINE HOLDING CO. INC., MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, JEFF T. BLAU, and LEONARD W. COTTON<br><br>Defendants. | Case No. 08 Civ. 01902 (SAS) |

**[PROPOSED] ORDER APPOINTING TOM BURNS, JOSEPH FRYZER, MELVIN KREVOY, STEPHEN LANDAU, AND JONA GOLDRICH (THE "BURNS GROUP") LEAD PLAINTIFF; APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; AND CONSOLIDATING ACTIONS**

Upon consideration of the motions and supporting papers filed by the various movants for consolidation, appointment as lead plaintiff, and approval of the selection of lead counsel in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a);

2. The Burns Group (Tom Burns, Joseph Fryzer, Melvin Krevoy, Stephen Landau, and Jona Goldrich) is hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B); and

3. Dreier LLP and Kahn Gauthier Swick, LLC are **APPOINTED** to serve as Co-Lead Counsel for the Class, pursuant to §21D(a)(3)B)(v), 15 U.S.C. §78u-4(a)(3)(B)(v).

**SO ORDERED**

DATED: _____, 2008

_____
THE HON. SHIRA A SCHEINDLIN
UNITED STATES DISTRICT JUDGE