Ralph M. Stone (rstone@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |
| | *Document Electronically Filed* |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas G. Ciarlone, Jr. hereby enters his appearance as counsel for Derivative Plaintiffs Louis Kanter and Jamie Stark in the above-captioned action and requests service of all papers.

DATED:   March 24, 2008            Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP


By: /s/ Thomas G. Ciarlone
      Ralph M. Stone (rstone@lawssb.com)
      Thomas G. Ciarlone (tciarlone@lawssb.com)

485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for Derivative Plaintiffs Louis Kanter and Jamie Stark*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addressed listed below:

| | |
|---|---|
| Jennifer Fletcher Beltrami<br>jbeltrami@wolfblock.com | Andrei V. Rado<br>arado@labaton.com |
| Bruce D. Bernstein<br>bbernstein@dreierllp.com | Richard A. Rosen<br>rrosen@paulweiss.com |
| Alan Ian Ellman<br>aellman@labaton.com | David Avi Rosenfeld<br>drosenfeld@csgrr.com |
| Christopher J. Keller<br>ckeller@labaton.com | Rebecca A. Tingey<br>rtingey@dreierllp.com |
| James Clayton Kelly<br>jkelly@wolfpopper.com | Antonio Vozzolo<br>avozzolo@faruquilaw.com |

DATED:    March 24, 2008              By: /s/ Thomas G. Ciarlone
                                                         Thomas G. Ciarlone