UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | : : : : | Civil Action No. 08-CV-00505(SAS)<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : | DAVID GARFINKLE'S RESPONSE TO COMPETING MOTIONS FOR CONSOLIDATION, TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL |

David Garfinkle respectfully submits this response to all other motions for appointment as lead plaintiff. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court is to appoint as lead plaintiff the "person or group of persons" with the largest financial interest in the litigation that otherwise satisfies the requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). Although the Burns Group purports to claim the largest financial interest, the Class Period that it has utilized in calculating its financial interest appears to be improper and inconsistent with the underlying allegations of the complaint. Accordingly, when the proper Class Period is considered, it appears that the Centerline Investor Group represents the largest financial interest of any movant.

Nevertheless, should the Court determine that the other movants do not satisfy the PSLRA's typicality and adequacy requirements, or are improperly aggregated groups of investors, David Garfinkle stands ready, willing and able to serve the interests of the class.

DATED: March 24, 2008                    COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                         SAMUEL H. RUDMAN
                                         DAVID A. ROSENFELD


                                            s/ David A. Rosenfeld
                                         DAVID A. ROSENFELD

                                         58 South Service Road, Suite 200
                                         Melville, NY  11747
                                         Telephone:  631/367-7100
                                         631/367-1173 (fax)

                                         [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Centerline\NOT00050113.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2008.

	s/ David A. Rosenfeld
	DAVID A. ROSENFELD

	COUGHLIN STOIA GELLER
	    RUDMAN & ROBBINS LLP
	58 South Service Road, Suite 200
	Melville, NY  11747
	Telephone:  631/367-7100
	631/367-1173 (fax)

	E-mail:drosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-00505-SAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer Fletcher Beltrami**
  jbeltrami@wolfblock.com,erkaplan@wolfblock.com

- **Bruce D. Bernstein**
  bbernstein@dreierllp.com

- **Thomas George Ciarlone , Jr**
  tciarlone@lawssb.com

- **Alan Ian Ellman**
  aellman@labaton.com

- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com

- **James Clayton Kelly**
  jkelly@wolfpopper.com

- **Andrei V. Rado**
  arado@labaton.com

- **Richard A. Rosen**
  rrosen@paulweiss.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Ralph M. Stone**
  rstone@lawssb.com

- **Rebecca A Tingey**
  rtingey@dreierllp.com

- **Antonio Vozzolo**
  avozzolo@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)