UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DECHTER, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br><br>                      Defendants, | 08-CV-1593 (SAS) |
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, and JEFF T. BLAU,<br><br>                      Defendants, | 08-CV-01026 (SAS) |
| MARK K. GOLDSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFFT T. BLAU, AND STEPHEN M. ROSS,<br><br>                      Defendants, | 08-CV-00505 (SAS) |

[Caption continued on following page.]

**RULE 7.1 DISCLOSURE STATEMENT
OF DEFENDANT CENTERLINE HOLDING COMPANY**

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STPEHEN M. ROSS<br><br>                                  Defendants, | 08-CV-1458 (SAS) |
| LORI WEINRIB, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY,<br><br>                                  Defendants. | 08-CV-01158 (SAS) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Centerline Holding Company certifies as follows:

Defendant Centerline Holding Company is a Delaware statutory trust that is not a subsidiary of any other corporation. Centerline Holding Company is publicly traded on the New York Stock Exchange under the symbol "CHC." Centerline Holding Company's principal office address is 625 Madison Avenue, New York, New York.

There is no publicly-held corporation that owns ten percent (10%) or more of the stock of Centerline Holding Company.

Dated: New York, New York
       March 24, 2008

                WOLFBLOCK LLP

                By: _____
                  Jennifer F. Beltrami
                250 Park Avenue
                New York, NY 10177
                (212) 883-4955
                jbeltrami@wolfblock.com

                *Attorneys for Nominal Defendant*
                *Centerline Holding Company*

NYC:760410.1/CEN126-250721