UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS) <br><br> **CERTIFICATE OF SERVICE** |

I, Ju Huang, hereby certify that on this 4th day of April, 2008, I caused a true and correct copy of:

**MEMORANDUM OF LAW OF ROSLYN GOLDERNBERG, MITCHELL GOLDENBERG, JANE GOLDERNBERG, MICHAEL GOLDENBERG AND LISA GOLDENBERG IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

upon the persons listed on the annexed Service List by first class mail.

                                                   s/ Ju Huang
                                                   Ju Huang

**SERVICE LIST**

Christopher J. Keller, Esq.
Andrei V. Rado, Esq.
Alan I. Ellman, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Sherri R. Savvett, Esq.
Barbara A. Podell, Esq.
Eric Lechtzin, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

Richard A. Rosen, Esq.
PAUL WEISS RIFKIND WHARTON &
    GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019
rrosen@paulweiss.com

Evan J. Smith, Esq.
BRODSKEY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone:  (516) 741-4977
Facsimile:  (516) 741-0626

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
rmaniskas@sbtklaw.com

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone:   (631) 367-7100
Facsimile:   (631) 367-1173

Jeffrey S. Abraham, Esq.
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10019
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655

Curtis V. Trinko, Esq.
LAW OFFICES OF CURTIS V.
    TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone:  (212) 490-9550
Facsimile:  (212) 986-0158

Beth A. Kaswan, Esq.
SCOTT + SCOTT, LLP
29 West 57th Street
New York, New York 10019
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334
bkaswan@scott-scott.com

David R. Scott, Esq.
SCOTT + SCOTT, LLP
108 Norwich Avenue
P. O. Bo 192
Colchester, Connecticut  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432
drscott@scott-scott.com

Walter W. Noss, Esq.  
SCOTT + SCOTT, LLP  
12434 Cedar Road, Suite 12  
Cleveland Heights, Ohio  44106  
Telephone:  (216) 229-6088  
Facsimile:  (216) 229-6092  
wnoss@scott-scott.com  

Arthur Shingler, III  
SCOTT + SCOTT, LLP  
600 B Street Suite 1500  
San Diego, California  92101  
Telephone:  (619) 233-4565  
Facsimile:  (619) 233-0508  

Ralph M. Stone, Esq.  
Thomas G. Ciarlone, Esq.  
SHALOV STONE BONNER & ROCCO LLP  
485 Seventh Avenue, Suite 1000  
New York, New York 10018  
Telephone:  (212) 239-4340  
Facsimile:  (212) 239-4310  
rstone@lawssb.com  
tciarlone@lawssb.com  

Corey Holzer, Esq.  
Michael I. Fistel, Jr., Esq.  
Marshall P. Dees, Esq.  
HOLZER HOLZER & FISTEL, LLC  
1117 Perimeter Center West, Ste. E-107  
Atlanta, Georgia  30338  
Telephone:  (770) 392-0090  
Facsimile:  (770) 392-0029  
cholzer@holzerlaw.com  
mfistel@holzerlaw.com  
mdeeds@holzerlaw.com  

Jennifer F. Beltrami  
WOLF BLOCK, LLP  
250 Park Avenue  
New York, New York 10177  
Telephone:  (212) 883-4955  
jbeltrami@wolfblock.com  

Marian P. Rosner, Esq.  
Robert C. Finkel, Esq.  
James A. Harrod, Esq.  
Danielle Disporto, Esq.  
WOLF POPPER LLP  
845 Third Avenue  
New York, New York  10022  
Telephone:  (212) 759-4600  
Facsimile:  (212) 486-2093  

Kim E. Miller, Esq.  
KAHN GAUTHIER SWICK, LLC  
12 East 41st Street  
New York, New York 10017  
Telephone:  (212) 696-3730  
Facsimile:  (504) 455-1498  

Lewis Kahn, Esq.  
KAHN GAUTHIER SWICK, LLC  
650 Poydras Street, Suite 2150  
New Orleans, Louisiana  70130  
Telephone:  (504) 455-1400  
Facsimile:  (504) 255-1498  

Steven Cooper, Esq.  
REED SMITH LLP  
599 Lexington Avenue, 29th Fl.  
New York, New York  10022  
Telephone:  (21) 521-5400  
scooper@reedsmith.com