**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |

**CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify, that on April 3, 2008, I electronically filed true and correct copies of the foregoing documents:

- Memorandum of Law in Further Support of the Motion of the Centerline Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and in Opposition to the Competing Motions

- Declaration of Alan I. Ellman in Further Support of the Motion of the Centerline Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and in Opposition to the Competing Motions

with the Clerk of the Court using the ECF system which will send notification to the following:

aellman@labaton.com; arado@labaton.com; ckeller@labaton.com;

jkelly@wolfpopper.com; rrosen@paulweiss.com; avozzolo@faruqilaw.com;

kimmiller25@yahoo.com; jbeltrami@wolfblock.com; esmith@brodsky-smith.com; drosenfeld@csgrr.com; jabraham@aftlaw.com; ctrinko@trinko.com;

jharrod@wolfpopper.com; mrosner@wolfpopper.com; rfinkel@wolfpopper.com;

bbernstein@dreierllp.com; rtingey@dreierllp.com; tciarlone@lawssb.com;

jgoldberg@faruqilaw.com; and rstone@lawssb.com.

/s/ Christopher J. Keller  
Christopher J. Keller (CK-2347)