**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |

**DECLARATION OF ALAN I. ELLMAN IN FURTHER SUPPORT OF THE MOTION OF THE CENTERLINE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS**

Alan I. Ellman hereby declares as follows:

1.    I am an attorney of Labaton Sucharow LLP, counsel for plaintiffs J. Michael Fried, Joseph A. Braddock, Norman Millman, and Edward Friedlander, as trustee for the Ed Friedlander Trust (the "Centerline Investor Group").

2.    I respectfully submit this declaration in support of the Centerline Investor Group's motion for appointment as lead plaintiff of a class of purchasers of the securities of Centerline Holding Corp., and approval of the selection of Labaton Sucharow LLP and Berger & Montague, P.C. as lead counsel for the Class.

3.    Annexed hereto as Exhibit 1 is a true and correct copy of a press release dated January 25, 2008, issued by Dreier LLP.

4.    Annexed hereto as Exhibit 2 is a true and correct copy of a press release dated January 27, 2008, issued by Kahn Gauthier Swick LLC.

5.    Annexed hereto as Exhibit 3 is a true and correct copy of a press release dated March 12, 2008, issued by Kahn Gauthier Swick LLC.

6.    Annexed hereto as Exhibit 4 is a true and correct copy of a letter from Jessica Zeldin to Vice Chancellor Parsons of the Delaware Court of Chancery, dated March 27, 2008.

7.    Annexed hereto as Exhibit 5 is a true and correct copy of an order dated September 14, 2006 in *In re Unitedhealth Group Inc. PSLRA Litig.,* No. 06-cv-1691 (JMR/FLN) (D. Minn.).

8.    Annexed hereto as Exhibit 6 is a true and correct copy of the August 7, 2006 hearing transcript in *In re Unitedhealth Group Inc. PSLRA Litig.,* No. 06-cv-1691 (JMR/FLN) (D. Minn.).

9.    Annexed hereto as Exhibit 7 is a true and correct copy of the Joint Declaration of J. Michael Fried, Joseph A. Braddock, Norman Millman, and Edward Friedlander in support of their motion.

I declare under penalty of perjury the foregoing to be true and correct.

Executed this 4th day of April, 2008 in New York County, New York.

ALAN I. ELLMAN

# Exhibit 1

Yahoo!  My Yahoo!  Mail    <u>Make Y! your home page</u>                    Search: [                    ]  **Web Search**

# YAHOO! FINANCE

Finance Home – Help

PR Newswire

GET QUOTES    Finance Search

*Scottrade*  Member FINRA SIPC    **TD AMERITRADE**    **E✱TRADE**



**Related Quote**

CHC 4-Apr 12:29pm (C)Yahoo!

CHC    3.99    -0.04    News

**Press Release**                    Source: Dreier LLP

View Detailed Quote
Delayed 20 mins
Providers - Disclaimer

# Dreier LLP Announces Class Action Lawsuit Against Centerline Holding Company (CHC)

Friday January 25, 9:00 am ET

NEW YORK, Jan. 25 /PRNewswire/ -- Dreier LLP (www.dreierllp.com) announces that a class action lawsuit was commenced in the United States District Court for the Southern District of New York on behalf of purchasers of Centerline Holding Company ("Centerline" or the "Company") (NYSE: CHC - News) common stock between March 12, 2007 and December 28, 2007, inclusive (the "Class Period"). The complaint alleges that Centerline, as well as the Company's Chief Executive Officer Marc D. Schnitzer, Chief Financial Officer Robert L. Levy, Chairman Stephen M. Ross, and Managing Trustee Jeffrey T. Blau (collectively, the "Defendants") violated the Securities Exchange Act of 1934.

**Related News Stories**

· Centerline Capital Group to Present at Bank of America 2008 Smid Cap Conference - Business Wire (Mon Mar 24)

· Johnson & Perkinson Announces Investigation Naming Centerline Holding Company - PR Newswire (Wed Mar 19)

· CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers, Financial Statements and Exhibit - EDGAR Online (Tue Mar 18)

· CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers - EDGAR Online (Mon Mar 17)

More...

ADVERTISEMENT



Stock market got you down?

*Interbankfx*

If you purchased Centerline common stock during the Class Period you may be a member of the proposed Class. You must move the Court on or before March 18, 2008 if you wish to serve as a Lead Plaintiff. Lead Plaintiffs must meet certain legal requirements. If you would like to discuss this action or your legal rights as a purchaser of Centerline common stock during the Class Period, you may contact Daniel B. Scotti (classlaw@dreierllp.com) of Dreier LLP at 800-952-8897. Class members may retain counsel of their choice and move the Court to serve as a Lead Plaintiff, or may choose to do nothing and remain absent class members.

· By industry: Diversified Investments

ADVERTISEMENT



Centerline is a publicly owned investment holding firm that, through its subsidiaries, operates as real estate finance and investing company. The complaint alleges that Defendants issued a series of materially false and misleading statements about Centerline's business model and financial condition. Among other things, Defendants failed to disclose that they were in the midst of structuring a sale of Centerline's mortgage revenue bond portfolio to a third party. On December 28, 2007, Defendants stunned the financial markets by announcing that Centerline had sold its "$2.8 billion tax-exempt affordable housing bond portfolio" to a third party and, in the process, transformed the Company's business model to a pure asset management firm. Defendants also revealed that Centerline had agreed to a deal with The Related Companies, L.P. ("TRCLP"), a company owned and controlled by certain of the Defendants. According to the terms of the deal, TRCLP committed to invest $131 million in Centerline in exchange for newly-

**Top Stories**

· Jobs Slashed, Pointing to Recession - AP (12:59 pm)

issued convertible preferred stock that will pay Company insiders an 11% dividend, and will be convertible at a $10.75 per share conversion rate for an aggregate of approximately 12.2 million common shares of Centerline. Finally, Defendants disclosed that Centerline would be reducing its annual dividend from $1.68 per share to only $0.60 per share. As a direct and proximate result of these revelations, the price of Centerline stock fell from $10.27 per share on December 27, 2007 to $7.70 per share on December 28, 2007, representing a 25% single-day decline on unusually heavy trading volume of more than 4 million shares.

Dreier LLP's Class Action Litigation Group has vast experience representing domestic and foreign institutional and individual investors in securities and other class actions throughout the country. The partners who head Dreier LLP's Class Action Litigation Group have successfully prosecuted securities fraud class actions in a wide variety of industries and have played a significant role in cases that have resulted in some of the largest securities class action settlements. Prior results do not guarantee a similar outcome. As of the date of this Notice, Dreier LLP has not filed a complaint against Centerline.

Background on Dreier LLP

Dreier LLP was founded in 1996 by Marc Dreier as a more responsive and innovative alternative to traditional "large-firm" lawyering. Dreier LLP represents a wide range of institutional, entrepreneurial and individual clients in diverse sectors of financial, industrial and service-oriented markets. The firm's principal practices are commercial litigation, class action litigation, real estate, bankruptcy and corporate reorganization, employment, corporate and securities, entertainment, intellectual property, matrimonial and tax. Dreier LLP's Los Angeles affiliate, Dreier Stein Kahan Browne Woods & George LLP, has its principal practice in entertainment and commercial litigation and corporate transactions. The firm's New York affiliate Schlesinger Gannon & Lazetera LLP has an extensive practice in the area of trusts and estates law. Pitta & Dreier LLP is an affiliate, which specializes in labor law, and Pitta, Bishop, Del Giorno & Dreier LLP specializes in government relations. In the 12 years since its founding, Dreier LLP, with its affiliate members, has grown to more than 200 attorneys, with its principal office at 499 Park Avenue in Manhattan, and additional offices in Los Angeles and Santa Monica, California; Albany, New York; and Stamford, Connecticut.

                    Attorney advertising

---

Source: Dreier LLP

✉ Email Story        ☎ Set News Alert        🖨 Print Story        Yahoo! Buzz

|                    | Search News |

Sponsor Results

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Try Forex Currency Trading at Forex.com
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

Trade Forex Online with GFT
Free Practice Account & Training. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com
            (What's This?)

- Stocks Gain Slightly in Midday Trading - AP (12:31 pm)
- Key Investor Terminates Delphi Pact - AP (12:25 pm)
- Federal Ban on Contracts With IBM Lifted - AP (11:13 am)
                              More...

· Most-viewed articles

RSS Feeds

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

CHC Headlines

Diversified Investments Headlines

More Finance RSS Feeds

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback

Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

# Exhibit 2

Case 1:08-cv-00305-SAS    Document 47-3    Filed 04/07/2008    Page 2 of 3

Yahoo! My Yahoo! Mail    Make Y! your home page                    Search: [                    ]  Web Search

# YAHOO! FINANCE

Finance Home - Help



GET QUOTES    Finance Search

E✱TRADE    AMERITRADE    Scottrade
                              Member FINRA·SIPC

**Press Release**                    Source: Kahn Gauthier Swick, LLC

## INVESTOR ALERT: KGS Announces That Centerline Holding Company Investors May Now Request Lead Plaintiff Position in Securities Fraud Class Action Lawsuit

Sunday January 27, 3:12 pm ET

NEW ORLEANS, LA--(MARKET WIRE)--Jan 27, 2008 -- Kahn Gauthier Swick, LLC ("KGS") announces that shareholders of Centerline Holding Company ("Centerline" or the "Company") (NYSE:CHC - News) who purchased shares of the Company between March 12, 2007 and December 28, 2007, have only until March 18, 2008 to move for appointment as Lead Plaintiff in a securities class action lawsuit currently pending in the United States District Court for the Southern District of New York. No class has yet been certified in this action.

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

If you purchased shares of Centerline, you are urged to contact Lewis Kahn, Managing Partner, KGS, toll free 1-866-467-1400, ext. 100, via cell phone at 504-301-7900, or by email at lewis.kahn@kgscounsel.com to learn about your legal rights and how this action may benefit you. For further information on KGS, please visit www.kgscounsel.com. KGS focuses its practice on securities class action litigation, and has been appointed lead counsel in numerous federal securities class actions.

ADVERTISEMENT

## Read This Before the Market Crashes!

For all the dire warnings, nobody's telling you about the REAL THREAT to your wealth.

That's why, dollar for dollar, it's 10 times deadlier than the worst "market crash" any forecaster can predict. You probably know what it is...

See what you can do to protect yourself -- and turn the coming market madness into years of wealth-building gains -- in a new free report from The Motley Fool.

▸ Click here to claim your report... it's FREE!

Centerline and certain of its officers and directors -- collectively, "Defendants" -- are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934 (the "Exchange Act").

On December 28, 2007, Centerline shocked shareholders when it issued a press release stating it had sold its "$2.8 billion tax-exempt affordable housing bond portfolio" to a third party and had transformed the Company's business model to a pure asset management firm. As a result, Centerline disclosed that it would be slashing its annual dividend from $1.68 per

### Related Quote



CHC 4-Apr 12:53pm (C)Yahoo!

CHC    3.99    -0.04    News

View Detailed Quote
Delayed 20 mins
Providers - Disclaimer

### Related News Stories

- Centerline Capital Group to Present at Bank of America 2008 Smid Cap Conference - Business Wire (Mon Mar 24)
- Johnson & Perkinson Announces Investigation Naming Centerline Holding Company - PR Newswire (Wed Mar 19)
- CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers, Financial Statements and Exhibit - EDGAR Online (Tue Mar 18)
- CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers - EDGAR Online (Mon Mar 17)

More...

- By industry: Diversified Investments

ADVERTISEMENT



DINER DASH
Hometown Hero

Play with friends and serve up the fun!

### Top Stories

- Jobs Slashed, Pointing to Recession - AP (12:59 pm)

share to only $0.60 per share. Further, Centerline disclosed that Defendants had entered into agreement with a related party owned by certain of the Defendants called The Related Companies, L.P. ("TRCLP"), whereby TRCLP would provide the Company with $131 million in financing and would receive 12.2 million shares of newly-issued convertible preferred stock that would pay certain Company insiders an 11% dividend. On this news, Centerline stock fell from $10.27 per share on December 27, 2007, to close at $7.70 per share on December 28, 2007, representing a 25% single-day decline, on unusually heavy trading volume of 4,152,688 shares.

SPECIAL NOTICE: Courts will generally appoint only one law firm to prosecute a securities class action on behalf of the shareholders based upon the amount of losses its "lead plaintiffs" have suffered. Accordingly, while KGS urges you to sign up with the firm, KGS also encourages you to carefully evaluate any other firm you may consider to represent your interests in the Centerline class action, should you be considering another firm. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Centerline action in particular, AND especially the quality of the firm's work. Interested shareholders are encouraged to call for consultation and to request more information about KGS.

*Contact:*

        Contact:

        Lewis Kahn
        KGS
        1-866-467-1400, ext. 100
        email: lewis.kahn@kgscounsel.com

-------------------------------------------

Source: Kahn Gauthier Swick, LLC

⊠ Email Story     🔔 Set News Alert     🖨 Print Story     Yahoo! Buzz

[          Search News          ]

Sponsor Results

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Trade Forex Online with GFT
Free Practice Account & Trade. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com

Earn From 3.04% to 3.35%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

                (What's This?)

-------------------------------------------

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

• Stocks Gain Slightly in Midday Trading - AP (12:31 pm)
• Key Investor Terminates Delphi Pact - AP (12:25 pm)
• Federal Ban on Contracts With IBM Lifted - AP (11:13 am)
                                    More...

• Most-viewed articles

RSS Feeds

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

CHC Headlines

Diversified Investments Headlines

More Finance RSS Feeds

# Exhibit 3

Yahoo! My Yahoo! Mail    **Make Y! your home page**    Search: [                    ]    **Web Search**

# YAHOO! FINANCE

Finance Home - Help    **PrimeNewswire**

---

[ **GET QUOTES** ]    Finance Search

**Scottrade** Member FINRA/SIPC    **E✲TRADE**    **AMERITRADE**

**Press Release**    Source: Kahn Gauthier Swick, LLC

# Investor Alert: KGS Announces Extension of Class Period in Centerline Holding Securities Fraud Class Action Lawsuit -- Investors Have Until March 18, 2008 to Request Lead Plaintiff Position -- CHC

Wednesday March 12, 12:19 am ET

NEW ORLEANS, March 12, 2008 (PRIME NEWSWIRE) -- Kahn Gauthier Swick, LLC (``KGS'') announces that shareholders of Centerline Holding Company (``Centerline'' or the ``Company'') (NYSE:CHC - News) who purchased shares of the Company between December 5, 2006 and December 28, 2007, have only until March 18, 2008 to move for appointment as Lead Plaintiff in a securities class action lawsuit currently pending in the United States District Court for the Southern District of New York. Prior to the filing of KGS' case, the earliest a shareholder could have purchased Centerline shares to be included in this class action was March 12, 2007. No class has yet been certified in this action.

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

If you purchased shares of Centerline, you are urged to contact Lewis Kahn, Managing Partner, KGS, toll free 1-866-467-1400, ext. 100, via cell phone at 504-301-7900, or by email at lewis.kahn@kgscounsel.com to learn about your legal rights and how this action may benefit you. For further information on KGS, please visit http://www.kgscounsel.com. KGS focuses its practice on securities class action litigation, and has been appointed lead counsel in numerous federal securities class actions.

ADVERTISEMENT

## Read This Before the Market Crashes!

For all the dire warnings, nobody's telling you about the REAL THREAT to your wealth.

That's why, dollar for dollar, it's 10 times deadlier than the worst "market crash" any forecaster can predict. You probably know what it is...

See what you can do to protect yourself -- and turn the coming market madness into years of wealth-building gains -- in a new free report from The Motley Fool.

▸ Click here to claim your report... it's FREE!

Centerline and certain of its officers and directors -- collectively, ``Defendants'' -- are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934 (the ``Exchange Act'').

On December 28, 2007, Centerline shocked shareholders when it issued a press release stating it had sold its ``$2.8 billion tax-exempt affordable housing bond portfolio'' to a third party and had transformed the Company's business model to a

---



**Related Quote**

CHC 4-Apr 12:29pm (C)Yahoo!

CHC    **3.99**    -0.04    News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Related News Stories**

- Centerline Capital Group to Present at Bank of America 2008 Smid Cap Conference - Business Wire (Mon Mar 24)

- Johnson & Perkinson Announces Investigation Naming Centerline Holding Company - PR Newswire (Wed Mar 19)

- CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers, Financial Statements and Exhibit - EDGAR Online (Tue Mar 18)

- CENTERLINE HOLDING CO Files SEC form 8-K, Change in Directors or Principal Officers - EDGAR Online (Mon Mar 17)

More...

- By industry: Diversified Investments

ADVERTISEMENT



DAUGHTRY - IT'S NOT OVER

Y! MUSIC VIDEOS    [ Watch Video ]

**Top Stories**

- Jobs Slashed, Pointing to Recession - AP (12:59 pm)

pure asset management firm. As a result, Centerline disclosed that it would be slashing its annual dividend from $1.68 per share to only $0.60 per share. Further, Centerline disclosed that Defendants had entered into agreement with a related party owned by certain of the Defendants called The Related Companies, L.P. (``TRCLP''), whereby TRCLP would provide the Company with $131 million in financing and would receive 12.2 million shares of newly-issued convertible preferred stock that would pay certain Company insiders an 11% dividend. On this news, Centerline stock fell from $10.27 per share on December 27, 2007, to close at $7.70 per share on December 28, 2007, representing a 25% single-day decline, on unusually heavy trading volume of 4,152,688 shares.

SPECIAL NOTICE: Courts will generally appoint only one law firm to prosecute a securities class action on behalf of the shareholders based upon the amount of losses its ``lead plaintiffs'' have suffered. Accordingly, while KGS urges you to sign up with the firm, KGS also encourages you to carefully evaluate any other firm you may consider to represent your interests in the Centerline class action, should you be considering another firm. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Centerline action in particular, AND especially the quality of the firm's work. Interested shareholders are encouraged to call for consultation and to request more information about KGS.

More information on this and other class actions can be found on the Class Action Newsline at http://www.primenewswire.com/ca/

*Contact:*

        Kahn Gauthier Swick, LLC
        Lewis Kahn
        1-866-467-1400, ext. 100
        lewis.kahn@kgscounsel.com

Source: Kahn Gauthier Swick, LLC

✉ Email Story    ☎ Set News Alert    🖨 Print Story    Yahoo! Buzz

Search News

- Stocks Gain Slightly in Midday Trading - AP (12:31 pm)
- Key Investor Terminates Delphi Pact - AP (12:25 pm)
- Federal Ban on Contracts With IBM Lifted - AP (11:13 am)

More...

· Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page ( About My Yahoo! and RSS )

CHC Headlines

Diversified Investments Headlines

More Finance RSS Feeds

Sponsor Results

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Trade Forex Online with GFT
Free Practice Account & Training. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com

Earn From 3.04% to 3.35%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PrimeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

# Exhibit 4

ROSENTHAL, MONHAIT & GODDESS, P. A.

ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 27, 2008

The Honorable Donald F. Parsons, Jr.
Court of Chancery
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

> Re:  Off v. Ross, et al.,
>      Del. Ch., C.A. No. 3468-VCP

Dear Vice Chancellor Parsons:

We are writing in response to the letter dated March 24, 2008 from counsel for all parties regarding the scope of the release contemplated in the above-referenced actions. We, along with national counsel Berger & Montague, P.C. and Labaton Sucharow, LLP, represent the Centerline Investor Group, which has timely filed a motion for appointment as lead plaintiff in the consolidated securities fraud class actions before Judge Shira A. Scheindlin in *In re Centerline Holding Company Securities Litigation*, C.A. No. 08-CV-00505 (SAS) (S.D.N.Y.). Our clients – members of the Centerline Investment Group – are members of the class defined in the *Off* Stipulation of Settlement because they are beneficial owners of Centerline stock between December 27, 2007 and February 4, 2008. *See* Certifications (attached as Ex. A).

We believe that to be fair the Stipulation of Settlement and Release in *Off* must exclude any claims that arise under the federal securities laws. This will preserve the rights of our clients and the class to a full and fair prosecution of their claims. The Release in Section IV.A. of the *Off* Stipulation of Settlement, however, could be interpreted to release claims asserted in the consolidated federal securities class actions:

> *... Plaintiff, on behalf of herself and all members of the Settlement Class, shall be deemed to have ... each fully, finally and forever released, relinquished and discharged, and shall forever be*

The Honorable Donald F. Parsons, Jr.
March 27, 2008
Page 2

> *enjoined from prosecution of each of the Defendants and Centerline ... from any and all claims*, demands, rights, actions, causes of action, liabilities, damages, losses, expenses, obligations, judgments, suits, matters and issues of any kind or nature whatsoever, whether known or unknown, contingent or absolute, suspected or unsuspected, disclosed or undisclosed, hidden or concealed, matured or unmatured, *that have been or could have been asserted in the Action or in any court, tribunal or proceeding* by or on behalf of any member of the Settlement Class, *whether individual, class, derivative*, representative, legal, equitable, statutory or any other type or in any other capacity *between or against any of the Released Persons which arise out of or relate to the allegations, facts, events, transactions, acts, occurrences, statements, representations, misrepresentations or omissions that were or could have been alleged in the Action, including: (1) the TRCLP Transaction, including, without limitation, the sale of the Preferred Stock to TRCLP that closed on or about January 25, 2008, and (2) the Rights Offering (collectively, the "Settled Claims")*.

(Emphasis added.)

The consolidated securities fraud class action is still in an incipient stage, with motions for appointment of lead plaintiff pending. It is premature to release any claims that may later be asserted in an amended consolidated complaint or during the course of the litigation, after discovery. Thus, the Release currently contemplated by the *Off* settlement is unfair to the extent it prejudices the rights of class members to litigate fully the securities fraud class action.

We will endeavor to work with counsel in *Off* to accomplish a carve out of any claims that might arise under the federal securities laws.[1] If the *Off* release is not amended pursuant to Section VII.J. of the Stipulation of

---

[1]    In response to public announcements in late January, 2008 of settlement discussions in the *Off* case, we attempted to contact counsel for *Off* by phone and email to discuss the rights of our clients, but received no response.

The Honorable Donald F. Parsons, Jr.
March 27, 2008
Page 3


Settlement, the Centerline Investor Group intends to object to the settlement on or before May 9, 2008, as required in the Notice.

Respectfully,

Jessica Zeldin
(Del. Bar No. 3558)

cc:   Sherrie R. Savett, Esquire (via e-filing)
      Lawrence A. Sucharow, Esquire (via e-filing)
      Stuart M. Grant, Esquire (via e-filing)
      Srinivas M. Raju, Esquire (via e-filing)
      David E. Wilks, Esquire (via e-filing)
      Todd C. Schlitz, Esquire (via e-filing)
      Honorable Shira A. Scheindlin, U.S.D.J., S.D.N.Y (via hand delivery)
      All Counsel of Record in *In re Centerline Holding Co. Sec. Litig.*,
          C.A. No. 08-CV-00505 (SAS) (see attached service list) (via e-filing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————   )
                                                          )
IN RE CENTERLINE HOLDING COMPANY    )   Civil Action No. 08-CV-00505 (SAS)
SECURITIES LITIGATION                              )
                                                          )
———————————————————   )

## SERVICE LIST

**LABATON SUCHAROW LLP**
Christopher J. Keller (CK-2347)
ckeller@labaton.com
Andrei V. Rado (AR-3724)
arado@labaton.com
Alan I. Ellman (AE-7347)
aellman@labaton.com
140 Broadway
New York, NY 10005
Tel. (212) 907-0700
Fax (212) 818-0477

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
ssavett@bm.net
Barbara A. Podell
bpodell@bm.net
Eric Lechtzin
elechtzin@bm.net
1622 Locust Street
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604
*Attorneys for Plaintiff Mark K. Goldstein*

**WOLF POPPER LLP**
Marian P. Rosner (MR 0410)
mrosner@wolfpopper.com
Robert C. Finkel (RF 2373)
rfinkel@wolfpopper.com
James A. Harrod (JH 4400)
jharrod@wolfpopper.com
James Kelly-Kowlowitz (JK 9616)
jkelly@wolfpopper.com
845 Third Avenue
New York, NY 10022
Tel. (212) 759-4600
Fax (212) 486-2093
*Attorneys for Deborah Dechter*

**BRODSKY & SMITH, LLC**
Evan J. Smith
esmith@brodsky-smith.com
240 Mineola Blvd.
Mineola, NY 11501
Tel. (516) 741-4977
Fax (516) 741-0626

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Richard A. Maniskas
rmaniskas@sbtklaw.com
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706
Fax (610) 667-7056
*Attorneys for Plaintiff Peter Frank*

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko
ctrinko@trinko.com
16 West 46th Street, 7th Fl.
New York, NY 10036
Tel. (212) 490-9550
Fax (212) 986-0158
*Attorneys for Plaintiff Thomas Lyons*

KAHN GAUTHIER SWICK, LLC
Kim Elaine Miller
kimmiller25@yahoo.com
Lewis Kahn
12 East 41st Street, 12th Fl.
New York, NY 10017
Tel. (212) 696-3730
Fax (504) 455-1498
*Attorneys for Plaintiff Brian Quill*

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
drosenfeld@csgrr.com
58 South Service Road, Suite 200
Melville, NY 11747
Tel. (631) 367-7100
Fax (631) 367-1173

ABRAHAM, FRUCHTER & TWERSKY, LLP
Jeffrey S. Abraham
jabraham@aftlaw.com
One Penn Plaza, Suite 2805
New York, NY 10119
Tel. (212) 279-5050
Fax (212) 279-3655
*Attorneys for Plaintiff Lori Weinrib*

FARUQI & FARUQI, LLP
Antonio Vozzolo
avozzolo@faruqilaw.com
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Tel. (212) 983-9330
Fax (212) 893-9331

and

Jacob A. Goldberg
jgoldberg@faruqilaw.com
2600 Philmont Ave., suite 324
Huntingdon Valley, PA 19006
Tel. (215) 914-2460
Fax (215) 914-2462

and

MARCUS & AUERBACH, LLC
Jonathan Auerbach
auerbach@marcusauerbach.com
Jerome M. Marcus
400 Greenwood Ave., Suite 200
Wyncote, PA 19095-1825
Tel. (215) 885-2250
Fax (888) 875-0469)
*Attorneys for Plaintiffs the Goldenbergs*

SCOTT & SCOTT, LLP
Beth Ann Kaswan
bkaswan@scott-scott.com
29 West 57th Street
New York, NY 10019
Tel. (212) 223-6444
Fax (212) 223-6334
*Attorneys for Plaintiff John Carfagno*

WOLF BLOCK, LLP
Jennifer F. Beltrami
jbeltrami@wolfblock.com
250 Park Avenue
New York, NY 10177
Tel. (212) 883-4955

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
Richard A. Rosen
rrosern@paulweiss.com
1285 Avenue of the Americas
New York, NY 10158-0038
Tel. (212) 373-3000
Fax (212) 373-2359
*Attorneys for Defendants Centerline
Holding Company, Marc D. Schnitzer and
Robert L. Levy*

REED SMITH LLP
Steven Cooper
scooper@reedsmith.com
599 Lexington Avenue, 29th Fl.
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450

REED SMITH LLP
Sarah R. Wolff
10 South Wacker Drive, 40th Fl.
Chicago, IL 60606-7507
Tel. (312) 207-1000
Fax (312) 207-6400
*Attorneys for Defendants Stephen M. Ross
and Jeffrey T. Blau*

SHALOV STONE BONNER & ROCCO LLP
Ralph M. Stone
rstone@lawssb.com
Thomas G. Ciarlone
tciarlone@lawssb.com
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel. (212) 239-4340
Fax (212) 239-4310

HOLZER HOLZER & FISTEL, LLC
Corey Holzer
cholzer@holzerlaw.com
Michael I. Fistel, Jr.
mfistel@holzerlaw.com
1117 Perimeter Center West, Ste. E-107
Atlanta, GA 30338
Tel. (770) 392-0090
Fax (770) 392-0029

# Exhibit 5

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN RE: UNITEDHEALTH GROUP
INCORPORATED PSLRA LITIGATION

Master File No. 06-1691 (JMR/FLN)

**ORDER DESIGNATING LEAD
PLAINTIFF AND PLAINTIFF'S
COUNSEL**

---

Before the Court are various motions to appoint lead plaintiffs and lead counsel. [Docket

Entry #11, #16, #18, #25, #30 and #39 in 06-1691; Docket Entry #14, #19, #24, #27 and #37 in 06-

1784; Docket Entry #9, #14, #19, #22 and #32 in 06-2051; Docket Entry #11, #16, #21, #24, and #35

in 06-2228; Docket Entry #12, #17, #22, #25 and #35 in 06-2235; Docket Entry #2, #7, #12, #15 and

#28 in 06-2797; and Docket Entry #2, #16, and #23 in 06-2939.] This ORDER addresses each of

those Motions.

Based upon all of the files, records and proceedings herein, it is hereby ORDERED THAT:

**A.      Leadership of the Plaintiffs:**

1.      The California Public Employees' Retirement System is hereby appointed
        Lead Plaintiff in this Consolidated Proceeding;

2.      Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed
        as Lead Counsel for the Plaintiffs in this Consolidated Proceeding. Reinhardt
        Wendorf & Blanchfield is hereby appointed as liaison counsel for the
        Plaintiffs in this Consolidated Proceeding.

**B.      Responsibilities of Lead Counsel.**

Lead Counsel shall have the following responsibilities and duties:

1.    to coordinate the briefing and argument of any and all motions;

2.    to coordinate the conduct of any and all discovery proceedings;

3.    to coordinate the examination of any and all witnesses in depositions;

4.    to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

5.    to coordinate all settlement negotiations with counsel for defendants;

6.    to coordinate and direct the pretrial discovery  proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

7.    to coordinate the preparation and filings of all pleadings;

8.    to supervise all other matters concerning the prosecution or resolution of the consolidated actions;

9.    to be responsible for receiving and disseminating to all other Plaintiffs' counsel, Court orders and notices; and

10.   to be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for all plaintiffs' counsel; and to be the contact between the Court and all plaintiffs and their counsel.

**C.    To facilitate the just, speedy and inexpensive determination of these proceedings, and to prevent duplicative pleadings or discovery by plaintiffs:**

1.    no motion, discovery request or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel;

2.    no settlement negotiations shall be conducted without the approval of Lead Counsel;

**D.    Time Reports:**

1.    All counsel for any plaintiff in the consolidated proceeding shall submit to Lead Counsel detailed time reports reflecting the hours of work expended by each attorney, and any staff person for whom the attorney separately bills by the hour, their billing rates and the subject matter of the work;

2.    In addition to the Time Reports described above, Lead Counsel shall separately maintain time reports reflecting the hours of work expended by each attorney, or separately billed staff person, on Administrative matters

related solely to their service as Lead Counsel;

3.    All such time reports shall be submitted on a quarterly basis with the first report due no later than one month following the entry of this Order, and shall continue for each subsequent quarter thereafter or on such schedule as Lead Counsel, shall determine;

4.    Any failure to submit such reports may result in the disqualification of such unreported time from being reimbursed from any common fund, which may be created in the consolidated proceeding.

ALL OF THE FOREGOING IS SO ORDERED.


Dated: September 14, 2006                    _s/ Franklin L. Noel_____
                                             FRANKLIN L. NOEL
                                             United States Magistrate Judge

# Exhibit 6

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

--------------------------------------------------------------

```
                               )
James C. Krause,               )   File No. 06cv1691
          Plaintiff,           )       (JMR/FLN)
vs.                            )   Minneapolis, Minnesota
UnitedHealth Group, Inc.,      )   August 7, 2006
et al.,                        )   10:00 A.M.
          Defendants.          )
```

--------------------------------------------------------------

```
                               )
Richard L. Smith,              )   File No. 06cv1784
          Plaintiff,           )       (JMR/FLN)
vs.                            )
UnitedHealth Group, Inc.,      )
et al.,                        )
          Defendants.          )
```

--------------------------------------------------------------

```
                               )
Archdiocese of Milwaukee       )   File No. 06cv2051
Supporting Fund,               )       (JMR/FLN)
          Plaintiff,           )
vs.                            )
UnitedHealth Group, Inc.,      )
et al.,                        )
          Defendants           )
```

--------------------------------------------------------------

```
                               )
Ruth Polishook,                )   File No. 06cv2228
          Plaintiff,           )       (JMR/FLN)
vs.                            )
UnitedHealth Group, Inc.,      )
et al.,                        )
          Defendants.          )
```

--------------------------------------------------------------

```
                               )
James Ziolkowski,              )   File No. 06cv2235
          Plaintiff,           )       (JMR/FLN)
vs.                            )
UnitedHealth Group, Inc.,      )
et al.,                        )
          Defendants.          )
```

--------------------------------------------------------------

2

```
-------------------------------------------------------------
                            )
Lisa De La Rosa,            )    File No. 06cv2797
        Plaintiff,          )       (JMR/FLN)
vs.                         )
UnitedHealth Group, Inc.,   )
        Defendants.         )
-------------------------------------------------------------
                            )
California Public Employees )    File No. 06cv2939
Retirement System,          )       (JMR/FLN)
        Plaintiff,          )
vs.                         )
UnitedHealth Group, Inc.,   )
et al.,                     )
        Defendants.         )
-------------------------------------------------------------
```

BEFORE THE HONORABLE FRANKLIN L. NOEL
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
**(MOTIONS HEARING)**

APPEARANCES

For the Plaintiffs:    GARRETT D. BLANCHFIELD, JR., ESQ.
                       Reinhardt, Wendorf & Blanchfield
                       E-1250 First National Bank Bldg.
                       332 Minnesota Street
                       St. Paul, Minnesota  55101

                       WILLIAM S. LERACH, ESQ.
                       RAMZI ABADOU, ESQ.
                       Lerach, Coughlin, Stoia, Geller,
                         Rudman & Robbins
                       655 West Broadway, Suite 1900
                       San Diego, California  92101

                       PETER H. MIXON, GENERAL COUNSEL
                       CalPERS
                       Lincoln Plaza North
                       400 Q Street
                       Sacramento, California  95814

                       SAMUEL D. HEINS, ESQ.
                       Heins, Mills & Olson
                       3550 IDS Center
                       80 South Eighth Street
                       Minneapolis, Minnesota  55402

KRISTINE MOUSSEAU, CRR-RPR
(612) 664-5106

3

KATHARINE M. RYAN, ESQ.
STUART L. BERMAN, ESQ.
SEAN M. HANDLER, ESQ.
Schiffrin & Barroway
280 King of Prussia Road
Radnor, Pennsylvania  19087

ROBIN F. ZWERLING, ESQ.
RICHARD A. SPIERS, ESQ.
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, New York  10010

WILLIAM B. FEDERMAN, ESQ.
Federman & Sherwood
120 North Robinson
Suite 2720
Oklahoma City, Oklahoma  73102

ROBERT C. MOILANEN, ESQ.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota  55402

DONALD J. ENRIGHT, ESQ.
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D. C. 20007

For the Defendants:      JOSHUA S. AMSEL, ESQ.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York  10153

KATIE PFEIFER, ESQ.
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota  55402

Court Reporter:      KRISTINE MOUSSEAU, CRR-RPR
1005 United States Courthouse
300 Fourth Street South
Minneapolis, Minnesota 55415
(612) 664-5106
    Proceedings recorded by mechanical stenography;
transcript produced by computer.

19

1       The federal securities laws surely provide damage

2   remedies for buyers on the open market that are defrauded,

3   but the federal securities laws provide many other remedies

4   for investors.  Under the '34 Act the Section 14(a) claim,

5   which is a negligence claim based on holdings, Section 11

6   of the 1933 Act I just spoke about, the nonfraud remedy,

7   and Section 20A, the disgorgement remedy.

8       So there is a reason Congress didn't use the term

9   "damages" or even "losses" because they knew there would be

10   cases like this case is where equitable relief,

11   disgorgement, undoing the stock plan, having an accounting,

12   reforming the plan going forward, are all the types of

13   relief that can be requested, and those are relief, items

14   of relief that have very significant financial consequences

15   for the current shareholders of this company.

16       I do want to speak for a moment about the proper

17   class period, and I'm going to ask my colleague, I know

18   this is in the papers, but I want you to have this small

19   chart, and may he approach you or your clerk for just a

20   second?

21       And while I'm doing this, could I have your

22   permission just to go to the board for one moment?

23       THE COURT:  Sure.

24       MR. LERACH:  Normally, we would not quarrel over

25   the time period of the class period at this stage of the

20

1    case.  Normally, that would be a merits argument, but here

2    it's not a merits argument.  It's a matter of mathematics.

3    I want to show you two different types of cases.

4            That's this case:  A stock that goes up for some

5    years.  There is a bad revelation.  The stock crashes,

6    inflicting economic loss under *Dura*.  FIFO, of course,

7    takes out the gains that an investor may have had and is

8    consistent with dealing with this kind of case.

9            But it is a matter of mathematics, Your Honor,

10   that buyers in this earlier three- or four-year period,

11   whenever it is, I don't care how imaginative a lawyer you

12   are, they don't have a loss, and just because someone ran

13   to court quickly and filed a case and attached a class

14   period reflecting a five-year class period under the

15   statute of limitations, really, it's really a matter of

16   competence, candor and care in terms of what you assert in

17   a case.

18           That's never going to survive in this case.  This

19   is the right class period (indicating).  Now, also I want

20   to show you another thing.  You could have a class period

21   that looked like this where the stock is up and down and up

22   and down.

23           And however difficult it might be under *Dura* to

24   allege losses for those who sold on the dips,

25   theoretically, at least, you could do it.  And if that were

21

1    the case and there were partial disclosures, I wouldn't

2    make the argument I'm making.  This is this case.  There

3    are no *Dura* compliant losses prior to sometime in December

4    of 2005, and the Schiffrin group acknowledges that and

5    agrees with us on that particular point.

6              THE COURT:  December 2005?

7              MR. LERACH:  I believe December 2005.  Let me

8    look.  It may be January of 2005.

9              THE COURT:  Okay.

10             MR. LERACH:  You can't have losses before that

11   time period, just looking at the stock chart here.

12             THE COURT:  Okay.

13             MR. LERACH:  Courts generally apply the FIFO

14   test.  It works in this kind of situation.  It protects big

15   institutional investors who of necessity are going to be

16   constantly buying and selling stock because they have

17   different money managers who act differently.

18             There is nothing wrong with that, and if you

19   adopt the rule that disqualifies institutional investors,

20   you're certainly going against the desires of Congress and

21   the PSLRA, and the *Chill* case in this district said FIFO

22   was well accepted and applied it.

23             My colleagues at the Schiffrin firm made the

24   assertion in a brief that there has never been a case where

25   a net seller has ever been appointed sole lead plaintiff.

# Exhibit 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CENTERLINE HOLDING COMPANY
SECURITIES LITIGATION

Civil Action No. 08-CV-00505 (SAS)

**JOINT DECLARATION OF J. MICHAEL FRIED, JOSEPH A. BRADDOCK, NORMAN
MILLMAN, AND EDWARD FRIEDLANDER (THE CENTERLINE INVESTOR
GROUP) IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

J. MICHAEL FRIED, JOSEPH A. BRADDOCK, NORMAN MILLMAN, and EDWARD FRIEDLANDER declare as follows, pursuant to 28 U.S.C. § 1746:

1.      We respectfully submit this Declaration in support of the motion of J. Michael Fried, Joseph A. Braddock, Norman Millman, and Edward Friedlander, as trustee for the Ed Friedlander Trust (the "Centerline Investor Group"), for appointment as lead plaintiff of a class of purchasers of the securities of Centerline Holding Co. ("Centerline") and for approval of our selection of Labaton Sucharow LLP ("Labaton Sucharow") and Berger & Montague, P.C. ("Berger & Montague") as lead counsel for the Class.

2.      As reflected in each of our Certifications, we purchased significant amounts of Centerline common stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action.

3.      We believe that the Court should appoint us, the Centerline Investor Group, as lead plaintiff because we have a significant interest in the outcome of the case and have the capability to oversee this litigation to a successful conclusion.  We are committed to working closely with each other and class counsel to obtain the best possible recovery for the Class.  We will continue to remain informed at all times of the status and progress of this Action, the strengths and weaknesses of the case, and the prospects for any resolution.

4.      We also understand that one of the primary responsibilities of the lead plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity and risk of the litigation.

5.      We each understand that the monitoring and control over the Centerline securities class action in which we seek to serve as lead plaintiff are necessary and appropriate because of

the scope of the lead plaintiff's responsibilities under the Private Securities Litigation Reform Act (the "Reform Act").

6.      We have participated in three conference calls to discuss the Action and our lead plaintiff motion. The conference calls occurred on March 12, 2008; March 17, 2008; and March 27, 2008. We discussed, among other things, the responsibilities and duties of the lead plaintiff, the likely course of the litigation, and reached an agreement with our counsel concerning attorneys' fees and costs. We agreed to exercise joint decision-making and to work together as lead plaintiff to direct the litigation and to oversee the work of counsel. In this regard, we agreed to convene regularly on the telephone to discuss the status and progress of the case and to seek to reach a consensus on important issues affecting the conduct of the litigation. If a consensus could not be reached, we agreed on mechanisms to reach a decision.

7.      Each member of the Centerline Investor Group has declared his understanding of the responsibilities of being a lead plaintiff and class representative. Each of us is willing to fulfill these duties and to testify at a deposition or trial, if needed in this litigation.

8.      Each member of the Centerline Investor Group intends to communicate regularly with our counsel about the status and progress of the action in order to maximize the recovery of the Class. We believe that our direction and supervision of the litigation and our counsel will ensure the most efficient and cost-effective management of this litigation.

*        *        *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____, 2008

J. MICHAEL FRIED

_____, 2008

JOSEPH A. BRADDOCK

_____, 2008

NORMAN MILLMAN

_____, 2008

EDWARD FRIEDLANDER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____, 2008

_APRIL 3_, 2008

_____, 2008

_____, 2008

_____
J. MICHAEL FRIED

_____
JOSEPH A. BRADDOCK

_____
NORMAN MILLMAN

_____
EDWARD FRIEDLANDER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____, 2008

                                          _____
                                          J. MICHAEL FRIED

_____, 2008

                                          JOSEPH A. BRADDOCK

4-3-08, 2008

                                          NORMAN MILLMAN

_____, 2008

                                          EDWARD FRIEDLANDER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

.........., 2008

.........., 2008

_____
J. MICHAEL FRIED

.........., 2008

_____
JOSEPH A. BRADDOCK

_____
NORMAN MILLMAN

April 3, 2008

_Edward Friedlander_
EDWARD FRIEDLANDER