UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Civil Action No. 08-CV-00505 (SAS) |

**CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify, that on April 14, 2008, I electronically filed true and correct copies of the foregoing documents:

- Reply Memorandum Of The Centerline Investor Group In Further Support For Its Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel

- Third Declaration Of Alan I. Ellman In Further Support Of The Motion Of The Centerline Investor Group For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

aellman@labaton.com; arado@labaton.com; ckeller@labaton.com;

jkelly@wolfpopper.com; rrosen@paulweiss.com; avozzolo@faruqilaw.com;

jbeltrami@wolfblock.com; drosenfeld@csgrr.com; bbernstein@dreierllp.com;

rtingey@dreierllp.com; tciarlone@lawssb.com; jgoldberg@faruqilaw.com; and

rstone@lawssb.com.

/s/ Christopher J. Keller
Christopher J. Keller (CK-2347)