UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | 08-CV-00505-SAS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer, Leonard W. Cotton, and Robert L. Levy.

Dated:  May 27, 2008

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:  /s/ Daniel J. Leffell

        Daniel J. Leffell
        1285 Avenue of the Americas
        New York, NY 10019-6064
        dleffell@paulweiss.com
        Telephone: (212) 373-3218

        *Attorneys for Defendants Marc D. Schnitzer, Leonard W. Cotton, and Robert L. Levy.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NEW YORK     )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 27, 2008, I personally served true copies of the foregoing: NOTICE OF APPEARANCE on the following:

Beth Ann Kaswan
Scott & Scott, LLP
29th West 57th Street, PH
New York, NY 10019

Evan J Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

Alan Ian Ellman
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

David Avi Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

3. I made such service by personally enclosing  true copies of the aforementioned

document in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

*Ella A. Capone*
Process-Server License Number: 1278814

Sworn to before me this
27th day of May, 2008

*Sylvia Andreev*
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008