UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

---------------------------------------------------------
                                          )
IN RE CENTERLINE HOLDING COMPANY          )   Consolidated C.A.
SECURITIES LITIGATION                     )   No. 08 Civ. 505 (SAS)
                                          )
---------------------------------------------------------

### ORDER

Sherrie R. Savett, Barbara A. Podell and Eric Lechtzin having applied for admission *pro hac vice* in this action,

And it appearing that there is no opposition to such application;

Now, therefore, the motion is hereby GRANTED and Sherrie R. Savett, Barbara A. Podell and Eric Lechtzin are admitted *pro hac vice* for purposes of this action.

Dated: New York, New York
       June 4, 2008

                                          _____
                                          Shira A. Scheindlin, U.S.D.J.