AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New York

**APPEARANCE**

In re Centerline Holding Company Securities Litigation         Case Number: 1: 2008-cv-00505-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Centerline Investor Group

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/1/2008 | *[signature]* |
| Date | Signature |
| | Lawrence A. Sucharow — LS1726 |
| | Print Name — Bar Number |
| | 140 Broadway |
| | Address |
| | New York    New York    10005 |
| | City    State    Zip Code |
| | (212) 907-0700    (212) 818-0477 |
| | Phone Number    Fax Number |