AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern             DISTRICT OF             New York

## APPEARANCE

In re Centerline Holding Company Securities Litigation     Case Number: 1: 2008-cv-00505-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Centerline Investor Group

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2008 | *[signature]* |
| Date | Signature |
| | Joseph Sternberg — JS0144 |
| | Print Name — Bar Number |
| | 140 Broadway |
| | Address |
| | New York — New York — 10005 |
| | City — State — Zip Code |
| | (212) 907-0700 — (212) 818-0477 |
| | Phone Number — Fax Number |