AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

## APPEARANCE

In re Centerline Holding Company Securities Litigation

Case Number: 1: 2008-cv-00505-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Centerline Investor Group

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/1/2008 | _(signature)_ |
| Date | Signature |
| | Ann Gittleman — AG8367 |
| | Print Name — Bar Number |
| | 140 Broadway |
| | Address |
| | New York — New York — 10005 |
| | City — State — Zip Code |
| | (212) 907-0700 — (212) 818-0477 |
| | Phone Number — Fax Number |