## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | ) ) ) ) ) |

Consolidated C.A.
No. 08-CV-00505 (SAS)

### NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Richard A. Rosen and accompanying exhibits, sworn to August 21, 2008, and all prior pleadings and proceedings herein, the undersigned will move this Court before the Honorable Shira A. Scheindlin, at the United States Courthouse at 500 Pearl Street, New York, New York, Courtroom 15C, on a day and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all of Lead Plaintiff's claims against Defendants. The bases for this motion are set forth in the accompanying memorandum of law.

Counsel for Defendants certify that, in compliance with the Court's individual rules and procedures, the parties have exchanged pre-motion letters.

Pursuant to the schedule set by the Court on March 3, 2008, answering papers shall be served no late October 6, 2008. Reply papers shall be served no later than November 5, 2008.

Defendants request oral argument on this motion.

Dated: August 21, 2008
          New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By _____
          Richard A. Rosen, Esq.
          Daniel J. Leffell, Esq.
1285 Avenue of the Americas
New York, NY  10019-6064
Phone: (212) 373-3000

Fax: (212) 757-3990
rrosen@paulweiss.com

Attorneys for Marc D. Schnitzer and Robert L. Levy

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

By _____
　　　Peter L. Simmons, Esq.
1 New York Plaza
New York, NY 10022
Tel: 212-859-8455
Fax: 212-859-4000
peter.simmons@friedfrank.com

Attorneys for Defendants Stephen M. Ross and Jeffrey T. Blau

**WOLFBLOCK LLP**

By _____
　　　Jennifer F. Beltrami, Esq.
250 Park Avenue
New York, NY  10177
Tel:  212-883-4955
Fax:  212-672-1155
jbeltrami@wolfblock.com

Attorneys for Centerline Holding Company